Case 4:17-cv-00203-DCN   Document 1-2   Filed 05/09/17   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Union Pacific Railroad Company__

was received by me on *(date)* __8/3/17__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Veronica Shipley__, who is designated by law to accept service of process on behalf of *(name of organization)* __CT Corporation, registered agent for Union Pacific RR__ on *(date)* __8/4/17 2:45pm__ or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __—__ for travel and $ __50.00__ for services, for a total of $ __50.00__

I declare under penalty of perjury that this information is true.

Date: __8/4/17__

*Server's signature*

__John Muir, Process Server__
*Printed name and title*

__PO Box 15363 Boise ID 83715__
*Server's address*

Additional information regarding attempted service, etc: