UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KERRY CASE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a foreign corporation,<br><br>Defendant. | Case No. 4:17-cv-00203-DCN<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On March 13, 2018, the parties were given notice that if good cause was not shown by counsel on or before March 27, 2018, this case would be subject to dismissal by the Court without further notice. Dkt. 5. As of today's date, no further action has been taken. Therefore,

IT IS HEREBY ORDERED that pursuant to District Local Rule 41.1, this matter is dismissed without prejudice for lack of prosecution and the matter is ordered closed.

DATED: December 14, 2018

_____
David C. Nye
U.S. District Court Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1